**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10550 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-01598-CKJ |
| v. | |
| MIGUEL RIVERA-LEZAMA, a.k.a. Alvaro Rivera Melchor, a.k.a. Miguel Alvaro Rivera-Lezama, a.k.a. Miguel Alvaro Rivera-Lizama, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted September 21, 2015[**]

Before:     REINHARDT, LEAVY, and BERZON, Circuit Judges.

Miguel Rivera-Lezama appeals from the district court's judgment and challenges his guilty-plea conviction and 21-month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S. 738 (1967), Rivera-Lezama's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Rivera-Lezama the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Rivera-Lezama waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**